88/944

**Appeal Ordered Withdrawn and Opinion issued February 22, 1999**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-98-00955-CR

## EX PARTE ROBERT PETER PIAZZA

**On Appeal from the 199th District Court
Collin County, Texas
Trial Court Cause No. 199-80229-97**

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-98-00955-CR   Date Filed: 05/05/1998

Style: Ex Parte: Piazza, Robert Peter
v.

APP   Thomas G. Pappas
ATT 015455300
Burleson Pate & Gibson, LLP
P. O. Box 190623, LB-10
2414 North Akard Street, Suite 700
Dallas, TX 75201
Phone 214/871-4900

CLK   Collin County District Clerk
DCK 000000199
199th Judicial District Court
Collin County Courthouse
210 S. McDonald Street
McKinney, TX 75069

JDG   Judge
JDG 000000199
199th Judicial District Court
Collin County Courthouse
210 S. McDonald Street
McKinney, TX 75069

STA   Lauri J. Walthall- Blake
ATT 000788613
Assistant Criminal District Attorney
Collin County Courthouse
210 South McDonald Street
McKinney, TX 75069
Phone 214/548-4323

05-98-955-CR

CC:    Clerk -

CC:    Judge -

Author of opinion Chief Justice Thomas

Trial Court Judge Stephens

Rehear denied_____

**\*\*THIS OPINION IS RELEASED FOR PUBLICATION    YES /   NO**